IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RUFUS TERRY McDOUGALD,          )
JR.,                            )
                                )
    Plaintiff,          )
                                )          CIVIL ACTION NO.
    v.                  )          1:17cv67-MHT
                                )               (WO)
CITY OF DOTHAN POLICE           )
DEPT. AND JASON WEED,           )
                                )
    Defendants.         )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, then an inmate in the Houston County Jail, filed this lawsuit challenging the constitutionality of his arrest and detention. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of March, 2019.

    /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE
